# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Ex rel.* CHAD WILLIS, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERNCARE, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. CV410-124 <br> ) <br> ) <br> ) |

## ORDER

On January 10, 2014, the Court granted the parties' joint motion to stay discovery pending a ruling on several dismissal motions. (Doc. 82.) The Court ruled on those motions on September 29, 2014, and plaintiff filed his second amended complaint on October 13, 2014. (Doc. 90.) In order to move this case along, the parties are **DIRECTED** to confer and submit a proposed scheduling order within 14 days of the date that defendant submits either an answer or a motion to dismiss.

**SO ORDERED** this 22nd day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA