# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF GEORGIA, ex rel. CHAD WILLIS, <br><br> Plaintiffs, <br> v. <br><br> SOUTHERNCARE, INC., <br><br> Defendant. | Case No. CV410-124 |

## ORDER

The Court having reviewed and considered the petitions of Sara Lindsey Lonergan and Laura Gura of the law firm of Jones Day, 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendant SouthernCare, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sara Lindsey Lonergan and Laura Gura as counsel of record for defendant SouthernCare, Inc., in this case.

**SO ORDERED** this __14th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA