UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>And STATE OF GEORGIA *ex rel.*<br>CHAD WILLIS,<br><br>       Plaintiffs,<br>v.<br><br>SOUTHERNCARE, INC.,<br><br>       Defendant. | Case No. 4:10-cv-00124 |

## ORDER ON JOINT MOTION TO STAY ALL PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT DOCUMENTS

The above–styled matter is presently before the Court on a Joint Motion to Stay All Proceedings Pending Finalization of Settlement Documents ("Joint Motion to Stay") filed on February 17, 2016.

Having reviewed the arguments as set forth in their pleading, this Court finds that the Joint Motion to Stay is **GRANTED** and the Court shall stay all proceedings pending finalization of settlement documents.

This 22nd day of February, 2016.

United States Magistrate Judge
Southern District of Georgia