FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 22 PM 4: 49
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA and  )
STATE OF GEORGIA ex rel.       )
CHAD WILLIS,                   )
                               )
    Plaintiffs-Relator,        )
                               )
v.                             )   CASE NO. CV410-124
                               )
SOUTHERNCARE, INC.,            )
                               )
    Defendant.                 )
                               )

**O R D E R**

Plaintiff/Relator Chad Willis ("Relator") and Defendant SouthernCare, Inc. ("SouthernCare") have moved the Court pursuant to F.R.C.P. 41(a) for an Order of Dismissal of the above-styled action. (Doc. 159.) The Attorney General of the United States has consented to dismissal.[1] (Doc. 160.) See 31 U.S.C. § 3730(b)(1). Additionally, this Court has reviewed the settlement terms, if any, and consents to dismissal. See 31 U.S.C. § 3730(b)(1).

Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only

---

[1] Plaintiff/Relator's claim under O.G.C.A. § 49-4-168.2 was dismissed by this Court (Doc. 89) and Plaintiff/Relator did not reassert this claim in his Second Amended Complaint (Doc. 90). Therefore, the Attorney General of the State of Georgia need not consent to dismissal.

by court order, on terms that the court considers proper." Upon consideration of Plaintiff/Relator's and Defendant SouthernCare's Joint Motion, the consent of the Attorney General of the United States, and for good cause shown, the motion (Doc. 159) is hereby **GRANTED** and this case is **DISMISSED**. The dismissal is with prejudice as to the Relator and without prejudice as to the United States. The Clerk of the Court is **DIRECTED** serve copies of this order upon counsel of record for Plaintiff/Relator and the United States of America, and to **CLOSE** this case.

SO ORDERED this 22ND day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA